JOSEPHINE D. GINISE ET AL. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 7—decided October 19, 1970

*Rocco R. P. Perna,* for the appellants (plaintiffs).

*Sidney Vogel,* with whom was *Everett P. Sherwood,* for the appellee (defendant Sherwood, trustee).

*Joseph A. Izzillo,* corporation counsel, with whom was *William T. Lapsevic,* assistant corporation counsel, for the appellee (named defendant).

PER CURIAM. The conclusion of the trial court that the action of the defendant board was not arbitrary, illegal or in abuse of its discretion is amply supported by the record.

There is no error.